### HILTON-DODGE LUMBER COMPANY *v.* ALWOOD *et al.*

ATKINSON, J. The bill of exceptions in this case does not purport to assign error upon any final judgment, or upon any judgment granted at any hearing involving the grant or refusal of an interlocutory injunction. The assignment of error is merely upon what is termed in the bill of exceptions "an ex parte order revoking the restraining order in said cause." Being of such character, the order was not subject to review by "fast writ of error." *Watterson* v. *Stubbs,* 135 *Ga.* 368 (69 S. E. 487).

*Writ of error dismissed. All the Justices concur, except Fish, C. J., absent.*
SEPTEMBER 17, 1915.

Petition for injunction; from Jenkins superior court.
*Travis & Travis,* for plaintiff.
*Brinson & Hatcher* and *A. S. Anderson,* for defendants.

---

### HILL *v.* NEELY.

ATKINSON, J. Under the facts of this case there was no abuse of discretion in denying the injunction prayed.
*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*
SEPTEMBER 17, 1915.

Petition for injunction. Before Judge Walker. Burke superior court. November 2, 1914.

*F. S. Burney* and *C. B. Garlick,* for plaintiff.
*Callaway, Howard & West* and *H. J. Fullbright,* for defendant.